**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| DONALD B. ASBEE | : No. 96 MM 2019 |
| | : |
| v. | : |
| | : |
| DIOCESE OF HARRISBURG, BISHOP KEVIN RHOADES, AND BISHOP RONALD W. GAINER | : |
| | : |
| PETITION OF: DIOCESE OF HARRISBURG AND BISHOP RONALD W. GAINER | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2019, the Application for Extraordinary Relief is DENIED.